IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EMPLOYERS MUTUAL
CASUALTY COMPANY                                                              PLAINTIFF

VS.                                    CASE NO. 96-CV-1069

C.T.R. CONSTRUCTION, INC.;
CHARLES TIMOTHY REYNOLDS
and DEBORAH B. REYNOLDS                                                      DEFENDANTS

## ORDER

Before the Court is a Motion to Re-open Case to Enforce Consent Judgement filed on behalf of the Plaintiff, Employers Mutual Casualty Company. (Doc. No. 38). Plaintiff seeks to reopen the above styled and numbered case in order to enforce the consent judgment between the parties and entered in this matter on September 10, 1997. Upon consideration, the Court finds that the motion should be and hereby is **granted**. The clerk is hereby directed to reopen the above styled and numbered action so Plaintiff may proceed with the enforcement of the consent judgment entered in this matter.

IT IS SO ORDERED, this 10th day of October, 2006.

                                                 /s/Harry F. Barnes
                                               Hon. Harry F. Barnes
                                               United States District Judge