IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EMPLOYERS MUTUAL
CASUALTY COMPANY                                               PLAINTIFF

VS.                             CASE NO. 96-CV-1069

C.T.R. CONSTRUCTION, INC.,
CHARLES TIMOTHY REYNOLDS
AND DEBORAH B. REYNOLDS                                        DEFENDANTS

## ORDER

On September 10, 1997, a Consent Judgment was entered in favor of the Plaintiff Employers Mutual Casualty Company ("EMC") and against the Defendants, C.T.R. Construction, Inc., Charles Timothy Reynolds and Deborah B. Reynolds, in the above styled and numbered cause of action. Under the Consent Judgment, EMC was awarded the amount of $1,775,000.00, plus post-judgment interest at the rate of 10% per annum, plus costs of $140.00. As of July 31, 2007, EMC has collected $380.00 from the Defendants in payment on the judgment, leaving an unpaid balance of $3,474,869.59. This Judgment and the lien created by the Judgment are due to expire on September 10, 2007.

Now before the Court is a Motion to Revive Judgment filed on behalf of the Plaintiff, EMC. (Doc. No. 42). In its motion, EMC asks that the Court to revive the Consent Judgment entered in this case before such judgment and the lien created by such judgment expire pursuant to 28 U.S.C. §1962 and A.C.A. § 16-56-114. The Defendants have not responded to the motion nor have they shown cause why such judgment should not be revived. Therefore, upon

consideration, the Court finds that the Motion to Revive Judgment should be and hereby is **granted**.  An Order of Revivor will be entered in this action.

    IT IS SO ORDERED, this 30th day of August, 2007.

                                                        /s/Harry F. Barnes  
                                                        Hon. Harry F. Barnes  
                                                        United States District Judge