IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EMPLOYERS MUTUAL
CASUALTY COMPANY                                                                PLAINTIFF

VS.                                   CASE NO. 96-CV-1069

C.T.R. CONSTRUCTION, INC.,
CHARLES TIMOTHY REYNOLDS
AND DEBORAH B. REYNOLDS                                                 DEFENDANTS

### ORDER OF REVIVOR

On September 10, 1997, a Consent Judgment was entered in favor of the Plaintiff Employers Mutual Casualty Company ("EMC") and against the Defendants, C.T.R. Construction, Inc., Charles Timothy Reynolds and Deborah B. Reynolds, in the above styled and numbered cause of action. The Defendants have not paid the judgment nor have they shown cause why the judgment should not be revived.

Therefore, IT IS ORDERED, ADJUDGED AND DECREED that the Consent Judgment entered in this cause of action on September 10, 1997 should be and hereby is revived and the lien created by the Judgment should be continued for another period of ten (10) years.

IT IS SO ORDERED, this 30th day of August, 2007.

                                                    /s/Harry F. Barnes
                                                    Hon. Harry F. Barnes
                                                    United States District Judge